Argued and submitted September 22, affirmed October 20, petitioners' motion for reconsideration filed November 8, 1993, allowed by opinion January 19, 1994
See 126 Or App 110, 866 P2d 523 (1994)

In the Matter of the Compensation of
Kurt D. Cutlip, Claimant.

CRAWFORD & COMPANY
and Epson Portland, Inc.,
*Petitioners,*

*v.*

LIBERTY NORTHWEST
INSURANCE CORPORATION,
Oregon-Canadian Forest Products
and Kurt D. Cutlip,
*Respondents.*

(WCB 91-12437, 91-13835; CA A78445)

859 P2d 1202

Jean Ohman Back argued the cause for petitioners. With her on the brief were Brian B. Doherty and Miller, Nash, Wiener, Hager & Carlsen.

James D. McVittie argued the cause and filed the brief for respondents Liberty Northwest Insurance Corporation and Oregon-Canadian Forest Products.

Floyd H. Shebley argued the cause for respondent Kurt D. Cutlip. With him on the brief was Westmoreland & Shebley, P.C.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Affirmed. *SAIF v. Drews,* 117 Or App 596, 845 P2d 217, *rev allowed* 316 Or 527 (1993).